**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Unity National Bank v. John Scroggins

Appellate case numbers:  01-20-00593-CV

Trial court case number: 2017-31933

Trial court:             164th District Court of Harris County

On November 23, 2021, this Court stayed the appellate proceedings in appellate cause number 01-20-00593-CV.  Before the stay was granted, appellant, Unity National Bank, filed a second motion for extension of time to file a motion for rehearing.  On March 1, 2022, the stay in appellate cause number 01-20-00593-CV was lifted.

Appellant's second motion for extension of time to file a motion for rehearing is **granted**, and appellant's motion for rehearing, if any, is due fifteen days from the date of this order.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                             Acting individually

Date: March 1, 2022